**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7459**

DEVON TOWNSEND,

   Plaintiff - Appellant,

  v.

STEPHEN T. MOYER, Secretary of Public Safety; RICHARD J. GRAHAM, JR.,
WCI Warden; JAMES SMITH, Lieutenant at WCI,

   Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge.  (8:17-cv-03385-TDC)

Submitted:  March 10, 2020      Decided:  March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Devon Townsend, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Townsend appeals the district court's order denying his motion for summary judgment, granting Defendants' motion for summary judgment, and denying relief on his 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Townsend v. Moyer*, No. 8:17-cv-03385-TDC (D. Md. filed Sept. 23, 2019 & entered Sept. 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*